Dear Honor,

I OMar Baloush was sentences on March 30, 2010 for one year probation for false statement and Application. I work a full time 6 days a week from 4 Am till 3 P.m.

My father is very sick so, I'm sending my wife and 6 children to see him on July 14, 2010 and coming back on September 18, 2010. Please your honor I would like from you to help me release my passport so, I can fallow my family and see my father.

If you would like to contact my Probation officer Dana Hafner   973-357-4089 phone
fax 973-357-4125

thank you
OMar Baloush

OMar Baloush
344 Dakota St.
Paterson N.J 07503
973-931-3903

```
HALEDON TVL AND TOURS                    DATE 01JULY10
343 BELMONT AVENUE                       AGENT MI/MI BOOKING REF 3QEKKA
HALEDON NJ 07508
TELEPHONE: 973 904-0333                  BALOUSH/AYAH
FAX      : 973-942-1059


SERVICE              DATE   FROM              TO              DEPART   ARRIVE


ROYAL JORDANIAN      14JUL  NEW YORK NY       AMMAN           1030P    445P
RJ 262            WEDNESDAY JOHN F KENNEDY    QUEEN ALIA               15JUL
M ECONOMY                   TERMINAL 4        TERMINAL 1
         NON SMOKING        MEAL                              NON STOP
                            RESERVATION CONFIRMED             11:15 DURATION
                  AIRCRAFT: AIRBUS INDUSTRIE A340-200

ROYAL JORDANIAN      15JUL  AMMAN             DAMASCUS        945P     1040P
RJ 451             THURSDAY QUEEN ALIA        INTL
M ECONOMY                   TERMINAL 1
         NON SMOKING        SNACK                             NON STOP
                            RESERVATION CONFIRMED             0:55 DURATION
                  AIRCRAFT: EMBRAER 195

ROYAL JORDANIAN      18SEP  DAMASCUS          AMMAN           840A     925A
RJ 456             SATURDAY INTL              QUEEN ALIA
S ECONOMY                                     TERMINAL 1
         NON SMOKING        SNACK                             NON STOP
                            RESERVATION CONFIRMED             0:45 DURATION
                  AIRCRAFT: AIRBUS INDUSTRIE A320-100/200

ROYAL JORDANIAN      18SEP  AMMAN             NEW YORK NY     1045A    415P
RJ 261             SATURDAY QUEEN ALIA        JOHN F KENNEDY
S ECONOMY                   TERMINAL 1        TERMINAL 4
         NON SMOKING        MEAL                              NON STOP
                            RESERVATION CONFIRMED             12:30 DURATION
                  AIRCRAFT: AIRBUS INDUSTRIE A340-200

RESERVATION NUMBER(S)  RJ/HPMBP

ETKT:RJ 512 7865061301
```

```
HALEDON TVL AND TOURS                              DATE 01JULY10
343 BELMONT AVENUE                                 AGENT MI/MI  BOOKING REF 3PQWTQ
HALEDON NJ 07508
TELEPHONE: 973 904-0333                            BALOUSH/KHULOUD   PLUS INF
FAX      : 973-942-1059                            BALOUSH/LAICE
                                                   BALOUSH/BAYAN

SERVICE              DATE      FROM              TO                DEPART    ARRIVE


ROYAL JORDANIAN      14JUL     NEW YORK NY       AMMAN             1030P     445P
RJ 262               WEDNESDAY JOHN F KENNEDY    QUEEN ALIA                  15JUL
V ECONOMY                      TERMINAL 4        TERMINAL 1
        NON SMOKING            MEAL                                NON STOP
                               RESERVATION CONFIRMED               11:15 DURATION
                     AIRCRAFT: AIRBUS INDUSTRIE A340-200

ROYAL JORDANIAN      15JUL     AMMAN             DAMASCUS          945P      1040P
RJ 451               THURSDAY  QUEEN ALIA        INTL
V ECONOMY                      TERMINAL 1
        NON SMOKING            SNACK                               NON STOP
                               RESERVATION CONFIRMED               0:55 DURATION
                     AIRCRAFT: EMBRAER 195

ROYAL JORDANIAN      18SEP     DAMASCUS          AMMAN             840A      925A
RJ 456               SATURDAY  INTL              QUEEN ALIA
S ECONOMY                                        TERMINAL 1
        NON SMOKING            SNACK                               NON STOP
                               RESERVATION CONFIRMED               0:45 DURATION
                     AIRCRAFT: AIRBUS INDUSTRIE A320-100/200

ROYAL JORDANIAN      18SEP     AMMAN             NEW YORK NY       1045A     415P
RJ 261               SATURDAY  QUEEN ALIA        JOHN F KENNEDY
S ECONOMY                      TERMINAL 1        TERMINAL 4
        NON SMOKING            MEAL                                NON STOP
                               RESERVATION CONFIRMED               12:30 DURATION
                     AIRCRAFT: AIRBUS INDUSTRIE A340-200

RESERVATION NUMBER(S)   RJ/JDSTW

BALOUSH/KHULOUD   PLUS INFANT LETIFA
    ETKT:RJ/512 7865061259
BALOUSH/LAICE
    ETKT:RJ/512 7865061257
BALOUSH/BAYAN
    ETKT:RJ/512 7865061258
```

```
HALEDON TVL AND TOURS              DATE 01JULY10
343 BELMONT AVENUE                 AGENT MI/MI  BOOKING REF 4PGOW3
HALEDON NJ 07508
TELEPHONE: 973 904-0333            BALOUSH/NOUR
FAX      : 973-942-1059

SERVICE              DATE      FROM              TO              DEPART    ARRIVE


ROYAL JORDANIAN      14JUL     NEW YORK NY       AMMAN           1030P     445P
RJ 262               WEDNESDAY JOHN F KENNEDY    QUEEN ALIA                15JUL
M ECONOMY                      TERMINAL 4        TERMINAL 1
        NON SMOKING            MEAL                              NON STOP
                               RESERVATION CONFIRMED             11:15 DURATION
                     AIRCRAFT: AIRBUS INDUSTRIE A340-200

ROYAL JORDANIAN      15JUL     AMMAN             DAMASCUS        945P      1040P
RJ 451               THURSDAY  QUEEN ALIA        INTL
M ECONOMY                      TERMINAL 1
        NON SMOKING            SNACK                             NON STOP
                               RESERVATION CONFIRMED             0:55 DURATION
                     AIRCRAFT: EMBRAER 195

ROYAL JORDANIAN      18SEP     DAMASCUS          AMMAN           840A      925A
RJ 456               SATURDAY  INTL              QUEEN ALIA
S ECONOMY                                        TERMINAL 1
        NON SMOKING            SNACK                             NON STOP
                               RESERVATION CONFIRMED             0:45 DURATION
                     AIRCRAFT: AIRBUS INDUSTRIE A320-100/200

ROYAL JORDANIAN      18SEP     AMMAN             NEW YORK NY     1045A     415P
RJ 261               SATURDAY  QUEEN ALIA        JOHN F KENNEDY
S ECONOMY                      TERMINAL 1        TERMINAL 4
        NON SMOKING            MEAL                              NON STOP
                               RESERVATION CONFIRMED             12:30 DURATION
                     AIRCRAFT: AIRBUS INDUSTRIE A340-200

RESERVATION NUMBER(S)  RJ/HNW51

ETKT:RJ 512 7865061313
```