# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

July 21, 2010

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

Honorable William H. Walls
United States District Court
Martin Luther King, Jr. Federal
 Building and United States Courthouse
50 Walnut Street, Room 4046
Newark, NJ 07102

**Re: BALOUSH, Omar**
**Dkt#: 2:09cr34-01**
*__Request for Release of Passport and__*
*__International Travel__*

Dear Judge Walls,

On March 30, 2010, the above referenced defendant was sentenced before Your Honor to one year probation for False Statement in Application/Use of a Passport in violation on 18 U.S.C. § 1542 and 2. The special conditions ordered were DNA testing and $100 special assessment, both of which have been satisfied.

Mr. Baloush has requested permission from Your Honor to allow his passport to be released to him and that he be granted permission to travel to Syria to visit his family. Mr. Baloush has been in general compliance with his probation and is employed full time, as described in his letter.

The undersigned spoke with Assistant United States Attorney Andrew Kogan, and we have no objection to offender's passport being released to him or allowing him to travel to Syria, with specific details to be approved by the U.S. Probation Office. Mr. Baloush was directed to contact the Syrian Consulate in the United States to determine if there are any restrictions for him to travel to Syria.

As always, please contact the undersigned at (973) 357-4089 should you require any additional information or request an alternative course of action.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Dana Hafner
        U.S. Probation Officer

Honorable William H. Walls
Page 2
July 21, 2010

THE COURT ORDERS:

[✓] Offender is permitted to obtain his United States passport and Probation will approve specific travel arrangements
[  ] Offender is not permitted obtain his United States passport until his term of supervision is complete
[  ] Other

_____
Signature of Judicial Officer

_____
Date